IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY DWAYNE WILLIAMS                                  PLAINTIFF

v.                      Civil No. 13-2004

SHERIFF RON BROWN                                        DEFENDANT

**ORDER**

By order (Doc. 17) entered on April 3, 2013, Plaintiff was directed to file an amended complaint by April 26th. Since that time, there have been two changes of address entered for the Plaintiff. For this reason, the Clerk is directed to send a copy of Document 17 to the Plaintiff and a § 1983 form complaint. Plaintiff is given until **May 15, 2013,** to submit his amended complaint.

IT IS SO ORDERED this 3rd day of May 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)