IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BOBBY DWAYNE WILLIAMS                                                              PLAINTIFF

v.                                      Case No. 2:13-CV-02004

SHERIFF RON BROWN                                                                  DEFENDANT

**O R D E R**

Currently before the Court is the report and recommendation (Doc. 76) filed in this case on January 30, 2014, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 77) and supplement to his objections (Doc. 78).

The Court has reviewed this case *de novo* as to Plaintiff's objections and, being well and sufficiently advised, finds as follows: The Court cannot discern from Plaintiff's objections any law or fact requiring departure from the Report and Recommendation. Rather, the report of the magistrate appears to be well reasoned and the recommendation to be sound.

Accordingly, the Court finds that the report and recommendation of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. For the reasons stated in the Magistrate Judge's report and recommendation, Defendant's motion for summary judgment (Doc. 45) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of March, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE